**FILED**

April 09, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SEDAT BOGA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | NO. SA-26-CV-2160-OLG |
| | § | |
| BOBBY THOMPSON *et al.*, | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Petitioner Sedat Boga's Emergency Motion for Temporary Restraining Order (Dkt. No. 7), wherein he represents that his removal is "imminent" and asks the Court to prohibit "Respondents from removing [him] from the United States pending [the] resolution of his Amended Petition for Writ of Habeas Corpus." Dkt. No. 7 at 1. But the Court lacks "jurisdiction over claims connected directly and immediately with a decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders." *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026) (citation modified); *see* 8 U.S.C. § 1252(g). Accordingly, the Court lacks jurisdiction over Petitioner's "request for a stay of removal," *Imran*, 2026 WL 93131, at *1 (first citing *Fabuluje v. I.N.A.*, 244 F.3d 133, 133 (5th Cir. 2000); and then citing *Idokogi v. Ashcroft*, 66 F. App'x 526, 526 (5th Cir. 2003)), and the Motion (Dkt. No. 7) is **DENIED.**[1]

SIGNED on April _____9_____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1] If Petitioner is removed from the United States, the parties shall advise the Court of that development as quickly as practicable.