**FILED**

May 12, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SEDAT BOGA,                              §
                                         §
            Petitioner,                  §
                                         §
v.                                       §        NO. SA-26-CV-2160-OLG
                                         §
BOBBY THOMPSON *et al.*,                 §
                                         §
            Respondents.                 §

**O R D E R**

Pending before the Court is the status of this habeas proceeding, in which Petitioner requests release from custody. *See* Dkt. No. 1 at 21–23. After initiating this action, he was removed from the United States and released from custody. *See* Dkt. Nos. 9 at 1; 9-1 at 1–2. Because the relief sought herein has been granted, this case is now moot. *See, e.g.*, *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021); *Francis v. Lynch*, 622 F. App'x 455, 455 (5th Cir. 2015) (dismissing *Zadvydas* case as moot where the petitioner "challenged only the lawfulness of the length of his post-removal-order detention, not the basis for his removal or the removal order itself"). Accordingly, the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on May _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge